UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ELIAS ANAISSIE,
    Plaintiff,

vs.

UNIFIED STATES OF CINCINNATI
PHYSICIANS, INC.,
    Defendant.

Case No. 1:15-cv-701
Beckwith, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court on defendant's motion to compel (Doc. 27) and plaintiff's motion for protective order (Doc. 29).

Pursuant to the undersigned's Standing Order on Civil Procedures, motions relating to discovery may not be filed absent certain prerequisites:

> **Motions Relating to Discovery:** With the exception of cases involving an incarcerated pro se litigant, **this Court does not permit discovery motions**, i.e. motions to compel or motions for protective order regarding discovery disputes, **unless and until** counsel/pro se parties use the following procedure: Counsel/pro se parties must first attempt to resolve the discovery dispute by extrajudicial means. *See* Fed. R. Civ. P. 37(a)(1); S.D. Ohio Civ. R. 37.1. This Court defines "extrajudicial means" as requiring counsel/pro se parties to try to resolve the matter **both in writing and telephonically**. If counsel/pro se parties are unable to resolve the dispute between themselves, then they must contact the Courtroom Deputy, Arthur Hill, by telephone (513-564-7690), to schedule an informal discovery conference with the Court.

(Standing Order, Section D(2), at page 3, www.ohsd.uscourts.gov/FPLitkovitz). Defendant and plaintiff have not complied with the above procedure. Accordingly, defendant's motion to compel (Doc. 27) and plaintiff's motion for protective order (Doc. 29) are **DENIED**.

**IT IS SO ORDERED**.

Date: 11/29/16

Karen L. Litkovitz
United States Magistrate Judge